# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

May 17, 2012

## Before

FRANK H. EASTERBROOK, *Chief Judge*

RICHARD A. POSNER, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| No. 10-1487 <br><br> KATHLEEN PAINE, as guardian of the estate of Christina Rose Eilman, <br>   *Plaintiff-Appellee*, <br><br>     v. <br><br> RICHARD CASON, *et al.*, <br>   *Defendants-Appellants*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. <br><br> No. 06 C 3173 <br> Virginia M. Kendall, *Judge*. |

## Order

The slip opinion of this court issued on April 26, 2012, is amended as follows:

 1. The sentence at 19 reading "Actually they were for the control of her bipolar disorder." is changed to "Yet they may have been for the control of her bipolar disorder."

 2. The sentence at 21 reading "Sharon Stokes, a detention aide at the Second District, inventoried Eilman's possessions and found the psychotropic medication." is changed to "Sharon Stokes, a detention aide

at the Second District, inventoried Eilman's possessions and found some medication, which may have been for control of her mental condition."

Defendants-appellants filed a petition for rehearing on May 9, 2012 and plaintiff-appellee filed a petition for rehearing on May 11, 2012. All of the judges on the panel have voted to deny the petition for rehearing filed by the defendants-appellants. A majority of the judges on the panel have voted to deny the petition for rehearing filed by the plaintiff-appellee. Judge Rovner voted to grant this petition. The petitions for rehearing are therefore DENIED.